AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| ANTHONY GRAY | ) |
| DOB ███████ | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 1, 2015-- August 18, 2016; and February 21 – 22, 2020   in the county of _____   in the

_____   District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1) and (b)(2);  § 1594(c); § 2423(a) and (e); §1952 (a)(3);  § 1512(b) | Sex Trafficking of a Minor; Conspiracy to Sex Traffic a Minor; Conspiracy to Transport a Minor for Sexual Activity; Use of a Facility of Interstate Commerce in Aid of Racketeering Activity; Tampering with a Witness. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

❏ Continued on the attached sheet.

_____
_Complainant's signature_

Jeremiah P. Johnson, Detective, MPDC
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 via reliable electronic means, by telephone before me on July 22, 2020.
.

Date:  07/22/2020

_____
_Judge's signature_

City and state:  Washington, D.C.  ·  Deborah A. Robinson, U.S. Magistrate Judge
_____
_Printed name and title_